United States District Court
Southern District of Texas
**ENTERED**
April 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ELYOUSSEF, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-106 |
| | § | |
| TAMSTAR, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the Parties' Agreed Stipulation of Dismissal pursuant to Rule 41(a).

IT IS HEREBY ORDERED that Plaintiff Mahmoud El Youssef's claims against Defendants TAMSTAR, INC., MIGUEL HERNANDEZ AND AM FREIGHT OPERATIONS, INC. D/B/A ROADRUNNER AUTO TRANSPORT be dismissed from the above titled action with prejudice. As such, all claims between the parties are now concluded and this case is hereby DISMISSED WITH PREJUDICE without aware of costs or interest to any party.

SIGNED this day 16th day of April, 2020.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge